# ***UNITED STATES DISTRICT COURT CRIMINAL MINUTES***

Date: 4/22/2025    Judge: **LEONIE M. BRINKEMA**    Reporter: R. Stonestreet

Time: 9:42 to 10:12 (00:20)    Courtroom Deputy: K. Galluzzo

## UNITED STATES OF AMERICA
V

**RAMIL VENTURA PALAFOX**    1:25cr00052-001
Defendant's Name    Case Number

Nathaniel Wenstrup    Jack Morgan, Zoe Bedell
Counsel for Defendant    Counsel for Government

Matter called for:
(X) Motions            ( ) Setting Trial Date    ( ) Change of Plea Hrg.    ( ) Rule 35
(X) Arraignment        ( ) Appeal from USMC     ( ) Sentencing             ( ) Rule 20 & Plea
( ) Revocation – Supervised Release Hearing    ( ) Pre-Indictment Plea    ( ) Other:

Defendant appeared:    (X) in person           ( ) failed to appear
                       (X) with Counsel        ( ) without counsel         ( ) through counsel

Filed in open court:
( ) Criminal Information   (X) DPPA Order   (X) Protective Order   (X) Waiver of Speedy   (X) Discovery Order
                                                                       Trial Waiver

Arraignment & Plea:
(X) WFA   ( ) FA   ( ) PG   (X) PNG   Trial by Jury:   (X) Demanded   ( ) Waived

Argument heard in re [ 9 ] MOTION for Detention. The Court GRANTS the motion. Probation to conduct investigation regarding deft's finances and advise if appropriate bond can be set.

_____ Days to file Motions with Argument on _____ at _____
Defendant entered Plea of Guilty as to Count(s) _____ Plea Accepted ( )
Motion for Dismissal of Count(s) _____ ( ) by U.S.   ( ) by Deft.
( ) Order entered in open court   ( ) Order to follow
Defendant directed to USPO for PSI:   ( ) Yes   ( ) No
Case continued to **MAY 27, 2025** at **9:00 AM** for: (X) Status Hearing   ( ) Bench Trial   ( ) Sentencing

## REVOCATION – SUPERVISED RELEASE HEARING:

Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: _____ Months; ( ) Supervised Release terminated

All Exhibits must be filed with the Clerk _____ days prior to trial.
Bond Set at: $_____        ( ) Unsecured        ( ) Surety            ( ) Personal Recognizance

( ) Release Order Entered   (X) Deft. Remanded   ( ) Deft. Released on Bond   ( ) Deft. Continued on Bond

Defendant is: ( ) In Custody   ( ) Summons Issued   ( ) On Bond   ( ) Warrant Issued   ( ) 1st appearance