IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) 1:25-cr-52 (LMB) |
| RAMIL VENTURA PALAFOX, | ) |
| a/k/a "RV Palafox," | ) |
| | ) |
| Defendant. | ) |

### ORDER

For the reasons stated in open court, the United States' Motion for Pretrial Detention [Dkt. No. 9] is GRANTED, and it is hereby

ORDERED that defendant be and is REMANDED to the custody of the U.S. Marshal until further order of this Court.

Entered this 22ND day of April, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge